Tionna Carvalho (SBN 299010)
tcarvalho@slpattorney.com
Elizabeth A. LaRocque (SBN 219977)
elarocque@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: (310) 929-4900
Fax: (310) 943-3838

Dara Tabesh (SBN 230434)
E-mail: dara.tabesh@ecotechlaw.com
**ECOTECH LAW GROUP, P.C.**
5 Third Street, Suite 700
San Francisco, CA 94103
Telephone: (415) 503-9164
Facsimile: (415) 651-8639

Attorneys For Plaintiffs,
JOSHUA P. MARX AND ELIZABETH MARX

Mark W. Skanes (SBN 322072)
Claudia Gavrilescu (SBN 333030)
Email: mskanes@rosewaldorf.com
cgavrilescu@rosewaldorf.com
calimail@rosewaldorf.com
**ROSEWALDORF LLP**
4100 W. Alameda Ave
Suite 300 PMB 1038
Burbank, California 91505
Telephone: (518) 869-9200
Facsimile: (518) 869-3334

Attorneys for Defendant FCA US, LLC

**UNITED STATES DISTRICT COURT**

**NORTHER DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA P. MARX AND ELIZABETH MARX,<br><br>Plaintiffs,<br><br>   vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive, | ) CASE NO.: 5:24-CV-06870-BL<br>)<br>) Magistrate Judge: Hon. Susan van Keulen<br>)<br>) **[PROPOSED] ORDER RE DISCOVERY**<br>) **DISPUTES**<br>)<br>) **Hearing held: March 10, 2026**<br>)<br>)<br>)<br>) |

-1-

## ORDER

On February 11, 2026, the parties submitted a Joint Statement Regarding Plaintiff's Motion to Compel Further Responses to Plaintiff's Request for Production of Documents, Set One (Dkt. 36). On February 23, 2026, the Court issued an Order (Dkt. 38) directing the parties to meet and confer in good faith, with guidance on definitions, the role of Cal. Code Civ. Proc. § 871.26, custody and control issues, and production completeness. The Court further ordered the parties to submit any remaining disputes by March 4, 2026 (Dkt. 45), and set an in-person discovery hearing for March 10, 2026, which the parties attended.

During that hearing, and pursuant to the Court's order and other discussions on the record, the parties met and conferred further on March 10, 2026, and based on that meeting, the parties have reached agreements on certain discovery disputes.

Accordingly, based on the parties' agreements and the Court's review of the remaining issues, the Court ORDERS as follows:

## I.    SUBJECT VEHICLE DISCOVERY (RFP Nos. 1, 2, 3, and 7)

The parties have agreed, and the Court hereby ORDERS, that Defendant FCA US LLC shall supplement its responses and production as to Request for Production Nos. 1, 2, 3, and 7 as set forth below. All supplemental productions shall be complete, unredacted, and unfiltered for the Subject Vehicle (2022 Chrysler Pacifica Hybrid Pinnacle, VIN 2C4RC1N76NR193150).

### A.    Request for Production Nos. 1, 2, and 3

**Ordered:** Defendant has agreed to supplement its responses and production as to Request for Production Nos. 1, 2, and 3, and based on the foregoing agreement, the Court hereby ORDERS Defendant to produce the following regarding the Subject Vehicle:

(a) Complete, unredacted, and unfiltered records of all claims FCA paid, rejected, and/or approved to its authorized dealers for the Subject Vehicle and the required information and/or documents that was submitted by its authorized dealers for each claim it submitted to FCA for payment;

(b) All claim types and descriptions;

(c) All failure codes or their equivalents and descriptions for the Subject Vehicle;

(d) All software updates, with their previous and new associated part numbers;

(e) All customer concern or symptom codes or problem codes or their equivalents and their descriptions regarding customer concern/complaints regarding the Subject Vehicle;

(f) All active or historic diagnostic trouble codes (DTCs) and their descriptions retrieved from the Subject Vehicle;

(g) All labor operation codes or their equivalents, part numbers, and their descriptions for the Subject Vehicle;

(h) The entire and complete Vehicle Information Plus (VIP) Report for the Subject Vehicle;

(i) Complete and untruncated GCS (Global Claims System) narratives, including all GCS Narratives and RO Narratives for all warranty claims associated with the Subject Vehicle;

(j) All software updates regarding the Subject Vehicle and any recall or bulletin regarding the Subject Vehicle, including the associated part numbers for the software that was existing at the time of the repair and what it was updated to;

(k) Pre-Delivery Inspection (PDI) reports, including the checklist, all inspection fields, pass/fail notations, technician's certification, test results, including road test and diagnostic testing;

(l) All pre-authorization information for the transmission replacement submitted by FCA's dealer, including but not limited to the text description of failure condition, what the dealer plans to do, photos or videos of the transmission, the repair/replace Powertrain worksheet, the Transmission Diagnostic Procedures checksheet, Part Return documentation, and vehicle scan reports submitted with the pre-authorization request[1]; and

---

[1] The Subject Vehicle's entire Si-EVT transmission (Part No. 68490840AC) was replaced on July 6, 2024 at 18,270 miles (Claim No. 286841, $16,045.20 total paid).

[PROPOSED] ORDER

(m) Any Parts Return and analysis conducted by FCA with respect to the replaced transmission, including the disposition of the defective transmission after its return (e.g., whether it was subject to root cause testing, refurbished, returned to supplier for reimbursement, or otherwise disposed of).

All productions shall include keys to all codes and abbreviations such that the content of each document is clear and comprehensible.

With respect to the agreed supplemental production identified above in response to Request for Production Nos. 1, 2, and 3, all electronically stored information (ESI) shall be produced in Microsoft Excel (.xlsx) format or in its original native file format, with all associated metadata intact. Production in image files, screenshots, or any other non-searchable format shall not satisfy Defendant's obligations under this Order.

**B.     Request for Production No. 7**

**Ordered:** Defendant has agreed to supplement its response and production as to Request for Production No. 7, and based on the foregoing agreement, the Court hereby ORDERS Defendant to produce: all recalls and Part 573 Safety Recall Reports, Customer Satisfaction Notifications (CSNs), and campaigns applicable to the Subject Vehicle, in their entirety, including all current, prior, amended versions. Defendant shall further produce all Technical Service Bulletins (TSBs) and STAR Bulletins (ISBs) related to the allegations in Plaintiff's complaint and the Subject Vehicle's repair history, in their entirety, including all current, prior, amended versions.

To the extent Defendant fails to produce any recalls and/or Part 573 Safety Recall Report, TSB, STAR Bulletin, CSN, campaign, or related document, Defendant shall not object to admissibility on authenticity grounds when such documents are independently obtained from NHTSA's website or other public sources and offered by Plaintiffs as evidence.

////

////

////

[PROPOSED] ORDER

## II.    NHTSA INVESTIGATION DISCOVERY (In Lieu of RFP Nos. 19-24, 31, 54-55, 69-72, 74, 108, and 109)

Defendant has agreed, following the parties' meet and confer and the Court's comments on the record, that, in lieu of broader discovery under Request for Production Nos. 19-24 (internal investigations), 31 (database information), 54-55 (decisions to issue recalls or notices), 69-72 (summary documents), and 108 and 109 (NHTSA communications), Defendant will produce all documents and communications between Defendant and NHTSA relating to the three NHTSA investigations and the associated safety recall described below.

Accordingly, it is **ORDERED** that Defendant shall produce all documents submitted to or received from NHTSA in connection with the following investigations and recall:

(a) NHTSA Preliminary Evaluation PE22-008 – Loss of motive power in 2019–2021 Chrysler Pacifica PHEVs (opened July 22, 2022; closed March 27, 2024; upgraded to RQ24-004).

(b)  NHTSA Safety Recall 23V-010 / FCA Campaign 03A – Loss of motive power in 2017–2023 Chrysler Pacifica PHEVs due to transmission wiring connector short (FCA Report Date: January 17, 2023).

(c) NHTSA Recall Query RQ24-004 – Adequacy of remedy for Recall 23V-010; continued loss of motive power in 2017–2023 Chrysler Pacifica PHEVs post-remedy (opened February 27, 2024).

For each investigation and recall identified above, production shall include all documents produced to or received from NHTSA unredacted and in the same electronic format as transmitted to NHTSA, including:

(a) All NHTSA Information Request Letters and Defendant's responses thereto, including initial, supplemental, and amended responses, with all attachments;

(b) All documents Defendant produced or transmitted to NHTSA in connection with these investigations, including assessments, analyses, tests, studies, engineering

[PROPOSED] ORDER

evaluations, presentations, Defect Information Reports, and Early Warning Reporting submissions pursuant to 49 C.F.R. Part 579;

(c) All documents transmitted to NHTSA reflecting Defendant's internal analysis of complaints, field reports, and data compiled in connection with these investigations, including any TSRC meeting notes or presentations submitted to NHTSA;

(d) All confidentiality requests filed by Defendant with NHTSA relating to these productions; and

(e) To the extent any documents identified above were submitted to or received from NHTSA as confidential and are not publicly available, such documents shall be produced in their entirety and without redaction, subject to the Parties' Protective Order (Dkt. 44).

## III.    SUPPLEMENTAL DISCOVERY RESPONSES

In addition to supplemental document production, Defendant shall serve supplemental, verified, code-compliant discovery responses to each of the following Request for Production Nos.: 1, 2, 3, 7, 19, 20, 21, 22, 23, 24, 31, 54, 55, 69, 70, 71, 72, 94, 108, and 109. Each supplemental response shall comply with Federal Rules of Civil Procedure, including but not limited to Rules 26 and 34(b)

## IV.    ADDITIONAL AGREED-UPON ITEMS

The parties have further agreed, and the Court **ORDERS**, as follows:

(a) Defendant shall produce repair manuals for the applicable components at issue. Defendant shall provide a table of contents to Plaintiffs so the parties may meet and confer regarding the specific sections to be produced;

(b) For RFP No. 94, Defendant shall produce the Warranty Administration Manual for each of the effective years during the relevant period, or alternatively, the parties shall stipulate to the authenticity of the 2023 Warranty Administration Manual currently in Plaintiffs' possession.

(c) In lieu of the agreements reflected in this Order, Plaintiffs agree not to pursue relief as to RFP Nos. 74 (organizational chart) and 84 (PMK transcripts).

## V.    SCHEDULING

The parties further stipulate that, solely for the limited purposes set forth herein, Defendant's inspection of the Subject Vehicle and the deposition of Defendant's Rule 30(b)(6) witness may occur after the fact discovery deadline. This stipulation to continue discovery is **limited to these two items only and shall not operate to reopen or extend fact discovery for any other purpose**.

The parties further agree that Defendant's Rule 30(b)(6) deposition will occur after Defendant completes the supplemental document production contemplated by this Order. Accordingly, the parties shall meet and confer and submit a stipulation to Judge Freeman requesting that the scheduling order be amended solely to permit: (a) Defendant's Rule 30(b)(6) deposition to occur after completion of the supplemental document production; and (b) Defendant's inspection of the Subject Vehicle.

## VI.    DEADLINE FOR SUPPLEMENTAL RESPONSES AND PRODUCTION

Defendant shall serve supplemental responses and complete its supplemental production in compliance with this Order **no later than April 27, 2026**.

**SO ORDERED.**

DATED:  March 12, 2026

By _____
Hon. Susan van Keulen
United States Magistrate Judge
Federal District Court
Northern District of California

[PROPOSED] ORDER